970

**THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD GRAHAM, Appellant.** [693 NYS2d 855] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Erie County, Buscaglia, J.—Attempted Criminal Possession Controlled Substance, 3rd Degree.) Present—Denman, P. J., Green, Pine, Lawton and Wisner, JJ. (Filed June 25, 1999.)

**THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROGER MILES, Appellant, v MELVIN HOLLINS, as Superintendent of Oneida Correctional Facility, Respondent.** [693 NYS2d 856] —Judgment unanimously affirmed without costs. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Oneida County, Murad, J.—Habeas Corpus.) Present— Denman, P. J., Lawton, Hurlbutt, Scudder and Balio, JJ. (Filed June 28, 1999.)

**THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BOBBIE JO SMITH, Appellant.** [693 NYS2d 467] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Jefferson County Court, Clary, J.— Criminal Sale Controlled Substance, 3rd Degree.) Present— Green, J. P., Pine, Wisner, Hurlbutt and Scudder, JJ. (Filed June 25, 1999.)